UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOPE G. MUNOZ,                                     Case No.

    Plaintiff,

v.

CARNIVAL LICENSE HOLDINGS LIMITED
d/b/a CARNIVAL CRUISE LINES,

    Defendant.

_____ /

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, Hope G. Munoz ("Plaintiff"), complaining of Carnival License Holdings Limited d/b/a Carnival Cruise Lines, ("Defendant"), and, for cause of action, would respectfully show unto this Honorable Court as follows:

## PARTIES AND JURISDICTION

1. Plaintiff Hope G. Munoz, is a citizen and resident of Harris County, Texas.

2. Defendant Carnival License Holdings Limited d/b/a Carnival Cruise Lines, is a corporation incorporated under the laws of Panama, with its principal place of business in Miami, Florida, and may be served with process through its registered agent, National Registered Agents Inc., 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808.

## NATURE OF THE CASE

3. This is a suit for negligence arising out of an incident that occurred on or about February 11, 2018, onboard the *Carnival Valor* (the "Vessel"), wherein Plaintiff, a passenger aboard the Vessel, was injured as a result of the unseaworthy and unsafe conditions of the Vessel

created by the Defendant's negligent conduct.

## JURISDICTION AND VENUE

4. The Court has diversity jurisdiction over the lawsuit under 28 U.S.C. § 1332, because Plaintiff and Defendant are diverse in citizenship and the controversy exceeds $75,000.

5. Venue is proper in this matter pursuant to 28 U.S.C. § 1391.

## BACKGROUND

6. On or about February 11, 2018, Plaintiff boarded the Vessel to enjoy a vacation cruise.

7. At all relevant times, the Vessel was owned, operated, managed, and otherwise controlled by the Defendant.

8. At all times material hereto, Plaintiff was an invitee while on the Vessel.

9. At all times relevant hereto, Plaintiff was onboard Defendant's Vessel. On or about February 11, 2018, Plaintiff was at or near the spa deck when she slipped in water or on some other slippery substance on the ground at or near this area. As a result of the slippery substance, Plaintiff lost her footing and fell to the ground, severely injuring her left ankle and left foot, among other injuries.

10. At all times relevant hereto, Defendant was negligent in failing to maintain the floor of the Vessel in a reasonably safe condition, failing to correct a dangerous condition that it knew or should have known about in the exercise of reasonable care and in failing to warn the Plaintiff, an invitee and passenger aboard the Vessel, of the dangerous conditions existing in this area that Defendant knew or should have known about.

11. As a result of Defendant's negligence and other acts and/or failures to act, Defendant caused Plaintiff to suffer the injuries stated above, considerable pain and suffering and

mental anguish in connection therewith, from which she continues to suffer today, all of which have persisted for an extended period of time, or do continue to persist.

12. Plaintiff has provided Defendant written notice of her claims for personal injury and otherwise has complied with all conditions precedent for the filing of this claim.

## COUNT ONE:  NEGLIGENCE

13. Plaintiff re-alleges paragraphs 1-12 as though fully set forth herein.

14. At all times material hereto, Defendant had a duty to exercise reasonable care for the safety of its passengers, including Plaintiff herein, to provide Plaintiff with a safe passage aboard a seaworthy vessel, and to exercise reasonable care and effort to avoid subjecting Plaintiff to suffering or inconvenience. *Kornberg v. Carnival License Holdings Limited d/b/a Carnival Cruise Lines, Inc.*, 741 F.2d 1332, 1334 (11th Cir. 1984); *Hall v. Royal Caribbean Cruises, Limited*, 888 So 2d 654 (Fla. 3d DCA 2004), 2004 A.M.C. 1913; *citing Kermarec v. Compagnie Generale Transatlantique*, 358 U.S. 625, 79 S. Ct. 406, 3 L. Ed. 2d 550 (1959); *The Moses Taylor*, 4 Wall. 411 71 U.S. 411, 18 L.Ed. 397 (1866); *Carlisle v. Ulysses Line Ltd.*, 475 So. 2d 248 (Fla. 3d DCA 1985). Defendant also owed a "duty to exercise reasonable care under the circumstances." *Harnesk v. Carnival License Holdings Limited d/b/a Carnival Cruise Lines, Inc.* 1992 SMC 1472, 1991 WL 329584 (S.D. Fla. 1991). Defendant's "duty is to warn of dangers known to the carrier in places where the passenger is invited to, or may reasonably be expected to visit." *Carlisle v. Ulysses Line Limited, S.A.*, 475 So. 2d 248 (Fla. 3d DCA 1985); *Vierling v. Celebrity Cruises*, 339 F.3d 1309, 1319-20 (11th Cir. 2003).

15. Defendant, through its agents, servants and/or employees, breached its duty of care to the Plaintiff and was negligent in that such breach caused an unreasonably dangerous condition to exist under the circumstances. Further, Defendant negligently maintained the premises in

question, in that it allowed a defective and/or dangerous condition to exist, and/or failed to warn Plaintiff and fellow passengers of a dangerous and hazardous condition about which it knew or should have known, and other acts of negligence which will be shown at trial.

16. Defendant either (a) created the dangerous condition through its agents or employees; (b) had actual knowledge of the dangerous condition; and/or (c) had constructive knowledge of the dangerous condition.

17. In the alternative, notice to Defendant is not required because Defendant (a) engaged in and was guilty of negligent maintenance; and/or (b) engaged in and was guilty of negligent methods of operation.

18. The negligent condition(s) was/were created by Defendant, known to Defendant, and had existed for a sufficient length of time so that Defendant should have known of same, and which was a continuous or repetitive problem, thus giving notice to Defendant. The negligent condition(s) occurred with sufficient regularity so as to be foreseeable by Defendant, and/or should have been foreseeable by Defendant. In addition, the precautions needed to eliminate the risks caused by the dangerous condition were so slight, relative to the magnitude of the risk presented, and rendered Defendant's failure to adopt the necessary precautions to avoid that risk unreasonable, and demonstrated Defendant's indifference to the risk of injury to Plaintiff, among other things.

19. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered and continues to suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, and lost earnings and loss of earning capacity, and past and future medical expenses all of which losses are either permanent or continuing in nature and Plaintiff will continue to suffer the losses in the future.

20. Plaintiff's injuries were not caused by any contributing fault of her own, but solely by the unsafe condition of the Vessel brought about by the negligence of Defendant.

21. As a direct and proximate result of Defendant's negligence, Plaintiff suffered injuries and damages, including, but not limited to: (a) mental anguish in the past and future; (b) lost earnings; (c) loss of earning capacity; (d) disfigurement in the past and future; (e) physical impairment in the past and future; (f) medical expenses in the past and future; (g) physical pain and suffering; (h) loss of enjoyment of life; and (i) any and all other pecuniary and non-pecuniary damages to which Plaintiff may be entitled.

## DEMAND FOR JURY

22. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays for judgment against Carnival License Holdings Limited d/b/a Carnival Cruise Lines for damages herein, including, but not limited to, damages in an amount exceeding the jurisdictional limits of this Court; pecuniary and non-pecuniary damages, prejudgment and post-judgment interest; court costs; and any and all such other relief to which she may show herself to be justly entitled in law or in equity.

**Dated:** January 4, 2019    Respectfully submitted,

By: */s/ Ed Normand*
Edmund A. Normand
FBN: 865590
*/s/ Jake Phillips*
Jacob L. Phillips
FBN: 120130
**NORMAND PLLC**
3165 McCrory Place
Suite 175
Orlando, FL 32803
Tel: 407.603.6031
ed@normandpllc.com
jacob.phillips@normandpllc.com
service@normandpllc.com

                    */s/ Christopher J. Lynch*
                    Christopher J. Lynch
                    FBN: 331041
                    Christopher J. Lynch, P.A.
                    6915 Red Road, Suite 208
                    Coral Gables, FL 33143
                    Tel: 312.967.3653
                    clynch@hunterlynchlaw.com
                    lmartinez@hunterlynchlaw.com

                    *ATTORNEYS FOR PLAINTIFF*

JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
HOPE G. MUNOZ

## DEFENDANTS
CARNIVAL LICENSE HOLDINGS LIMITED d/b/a CARNIVAL CRUISE LINES

**(b)** County of Residence of First Listed Plaintiff: Harris County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Edmund A. Normand, Esq., Jacob L. Phillips, Esq., Normand PLLC, 3165 McCrory Place, Suite 175, Orlando, FL 32803; 407-603-6031

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*     Click here for: Nature of Suit Code Descriptions

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence

**Other:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☒ NO
JUDGE:                                                 DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
1332, 1333 Maritime personal injury cause of action
LENGTH OF TRIAL via 3-5 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE: January 4, 2019
SIGNATURE OF ATTORNEY OF RECORD: *Ed Normand*, Esq.

JS 44   (Rev. 06/17)  FLSD Revised 06/01/2017

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      (a) **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In l condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachm noting in this section "(see attachment)".

II.     **Jurisdiction**.  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, box 1 or 2 should be marked. Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Bo is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark section for each principal party.

IV.     **Nature of Suit**.  Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nat of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.      **Origin**.  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidist litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

VI.     **Related/Refiled Cases**.  This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

VII.    **Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictio statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
           Brief Description: Unauthorized reception of cable service

VIII.   **Requested in Complaint**.  Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: